IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE DARREL RUTLEDGE,

       Plaintiff,                  No. 2:11-cv-1546 KJN P

       vs.

COUNTY OF LASSEN, et al.,

       Defendants.            <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding without counsel or "pro se," has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

////

////

////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Within thirty days from the date of this order, plaintiff shall complete the
3    attached Notice of Submission and submit the following documents to the court:
4       a. A complete Application to Proceed In Forma Pauperis By a Prisoner;
5    and
6       b. a certified copy of plaintiff's prison trust account statement for the six
7    month period immediately preceding the filing of the complaint.
8    2. The Clerk of the Court is directed to send plaintiff a new Application to
9    Proceed In Forma Pauperis By a Prisoner; and
10   3. Plaintiff's failure to comply with this order may result in the dismissal of this
11   action without prejudice.

DATED: July 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rutl1546.3c+.new

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE DARRELL RUTLEDGE,

    Plaintiff,                           No. 2:11-cv-1546 KJN P

    vs.

COUNTY OF LASSEN, et al.,                  NOTICE OF SUBMISSION

    Defendants.

_____/

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____          Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

    _____
    Plaintiff

3