IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE DARREL RUTLEDGE,

    Plaintiff,      No. 2: 11-cv-1546 KJN P

    vs.

COUNTY OF LASSEN, et al.,

    Defendants.      ORDER
_____/

    On August 31, 2011, the Ninth Circuit Court of Appeals referred this matter to the undersigned for the purpose of determining whether plaintiff's in forma pauperis status should continue for appeal or whether the appeal is frivolous or taken in bad faith. See 28 U.S.C. § 1915(a)(3).

    The undersigned has determined that plaintiff's appeal is neither frivolous nor in bad faith.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to serve this order on the Ninth Circuit Court of Appeals.

DATED: September 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rut1546.gf

1