UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE DARREL RUTLEDGE,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF LASSEN, et al.,<br><br>   Defendants. | No. 2: 11-cv-1546 KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel and in forma pauperis, with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 15, 2011, this action was dismissed.  On November 9, 2011, the Ninth Circuit Court of Appeals affirmed the judgment.

On September 18, 2013, plaintiff filed a motion to modify his filing fee payments. Plaintiff requests that his filing fee payments in the instant action be consolidated with filing fees owed by him in two other cases, apparently filed in a different district court.  Plaintiff requests that these filing fees be consolidated into one fee until payment is completed.

The court is not authorized to consolidate the filing fee owed in this action with filing fees owed by plaintiff in actions filed in other district courts.

////

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to modify his filing fee payments (ECF No. 21) is denied.

Dated: September 25, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rut1546.ord